IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

DESTINY DECHELLE LARA

MAY 28 2026 PM 1:54
FILED - USDC - NDTX - AM

No. **2 - 26 C R - 0 5 0 - Z**

## INDICTMENT

The Grand Jury Charges:

Count One
Convicted Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8))

On or about November 19, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Destiny Dechelle Lara**, defendant, knowing she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Winchester, model 37 shotgun with no serial number as manufactured, in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8).

**Destiny Dechelle Lara**
**Indictment - Page 1**

<u>Count Two</u>
Possession of an Unregistered Firearm
(Violation of 26 U.S.C. §§ 5861(d) and 5871)

On or about November 19, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Destiny Dechelle Lara**, defendant, knowingly possessed a firearm, as that term is defined in 26 U.S.C. § 5845, that was, and could readily have been put in, operating condition, that is: a Winchester, model 37 shotgun with no serial number as manufactured, with a barrel length of less than 18 inches, not registered to her in the National Firearms Registration and Transfer Record, defendant knowing the characteristics of said firearm.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

**Destiny Dechelle Lara**
**Indictment - Page 2**

Forfeiture Notice
(18 U.S.C. § 924(d), 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c))

Upon conviction of any offense alleged in this indictment and pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), defendant **Destiny Dechelle Lara** shall forfeit to the United States of America any firearm involved in or used in the knowing commission of the offense, including, but not limited to, the following: a Winchester, model 37 shotgun with no serial number as manufactured.

A TRUE BILL:

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:    806-324-2356
Facsimile:    806-324-2399
E-Mail:    anna.bell@usdoj.gov

**Destiny Dechelle Lara**
**Indictment - Page 3**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

DESTINY DECHELLE LARA

INDICTMENT

COUNT 1:    CONVICTED FELON IN POSSESSION OF A FIREARM
Title 18, United States Code, Sections 922(g)(1) and
924(a)(8).

COUNT 2:    POSSESSION OF AN UNREGISTERED FIREARM
Title 26, United States Code, Sections 5861(d) and 5871.

(2 COUNTS and FORFEITURE NOTICE)

A true bill rendered:

Amarillo _____    _____ Foreperson

Filed in open court this ___28th___ day of ___May___ A.D. 2026.

_____ Clerk

WARRANT TO BE ISSUED

_____
UNITED STATES MAGISTRATE JUDGE