IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 2:26-CR-050-Z |
| DESTINY DECHELLE LARA | |

# FACTUAL RESUME

In support of Destiny Dechelle Lara's plea of guilty to the offense in Count Two of the indictment, Lara, the defendant, Channy Wood, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Two of the indictment, charging a violation of 26 U.S.C. §§ 5861(d) and 5871, that is, Possession of an Unregistered Firearm, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.* That the defendant knowingly possessed a firearm;

*Second.* That this firearm was a shotgun having a barrel of less than 18 inches in length;

*Third.* That the defendant knew of the characteristics of the firearm, a shotgun having a barrel of less than 18 inches in length;

*Fourth.* That this firearm was or could readily have been put in operating condition; and

*Fifth.* That this firearm was not registered to the defendant in the National Firearms Registration and Transfer Record. It does not matter whether the defendant knew that the firearm was not registered or had to be registered.

[1] Fifth Circuit Pattern Jury Instruction 2.102 (5th Cir. 2024 ed.).

**STIPULATED FACTS**

1. Destiny Dechelle Lara, defendant, admits and agrees that on or about November 19, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, she knowingly possessed a firearm, as that term is defined in 26 U.S.C. § 5845, that was, and could readily have been put in, operating condition, that is: a Winchester, model 37 shotgun with no serial number as manufactured, with a barrel length of less than 18 inches, not registered to her in the National Firearms Registration and Transfer Record, defendant knowing the characteristics of said firearm, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

2. On November 19, 2025, Amarillo Police Department officers executed a narcotics search warrant at a residence located at 812 S. Tennessee, Amarillo, Texas. During the execution of the warrant, Lois Spencer and Destiny Lara were located inside the residence.

3. During a search of Lara's bedroom, officers located a Winchester, model 37 shotgun with no serial number in a plastic tote. The shotgun had a barrel length of less than 18 inches.

4. Officers conducted an interview with Lara at the scene. An officer read Lara her *Miranda* warnings. Lara waived her rights and agreed to be interviewed. During the interview, Lara admitted to possession of the shotgun located in her bedroom. Lara explained that she had received the shotgun from a person and was brokering a deal to sell the shotgun for eighty dollars.

5. Lara admits that she knowingly possessed a firearm, that is, a shotgun having a barrel of less than eighteen inches in length, that she knew the characteristics of the shotgun, that the shotgun was in operating condition, and that the shotgun was not registered to the defendant in the National Firearms Registration and Transfer Record.

6. The firearm described in this factual resume was subsequently examined by a Bureau of Alcohol, Tobacco, Firearms, and Explosives special agent. The special agent determined that this firearm functioned as designed and therefore was, or could readily have been put in, operating condition. That agent sent an inquiry through the National Firearms Registration and Transfer Record and determined that this firearm was not registered to Lara or to any other person.

7. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Two of the indictment.

8. The defendant further admits and agrees that she possessed the above-described firearm in violation of 18 U.S.C. § 922(g)(1) and it is, therefore, subject to forfeiture, pursuant to 18 U.S.C. § 924(d), including any additional ammunition, magazines, or accessories recovered with the firearm.

AGREED TO AND STIPULATED on this 24th day of Sept., 2026.

RYAN RAYBOULD
UNITED STATES ATTORNEY

Destiny Dechelle Lara
Defendant

Channy Wood
Attorney for Defendant

ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar Number 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel: 806-324-2356
Fax: 806-324-2399
Email: anna.bell@usdoj.gov